Case: 07-14115   Doc: 19   Filed: 05/19/08   Page: 1 of 4

FILED
May 19 2008
11:25 AM
US Bankruptcy Court
Western District Of Oklahoma

```
                IN THE UNITED STATES BANKRUPTCY COURT
                     WESTERN DISTRICT OF OKLAHOMA


IN RE:                              CHAPTER 13

ALFONZO MCMILLIAN
11737 BLUE MOON AVE
OKLAHOMA CITY, OK                   CASE NO. 07-14115 NLJ
73162


----------------------------------------------------------------
                        NOTICE OF CLAIMS FILED
----------------------------------------------------------------

    NOTICE IS HEREBY GIVEN by the Chapter 13 Trustee of claims filed with
    the Court and entered by the Chapter 13 Trustee and of claims
    scheduled but not filed.

----------------------------------------------------------------
NAME/ADDRESS FOR CREDITOR                    CLASSIFICATION
----------------------------------------------------------------

ACS                         CLAIM AMT:          .00    CONTINUING DEBT
% BAER TIMBERLAKE COULSON   SCH'D AMT:    64,000.00    MO PYMT: $         632.40
5901 N WESTERN              INT RATE :         .00 %   ACCT:
OKLAHOMA CITY, OK 73134                                COMM:1ST MTG/1805 NE
----------------------------------------------------------------


ACS                         CLAIM AMT:          .00    NOT FILED
% BAER TIMBERLAKE COULSON   SCH'D AMT:    10,849.00    MO PYMT: $            .01
5901 N WESTERN              INT RATE :         .00 %   ACCT:
OKLAHOMA CITY, OK 73134                                COMM:1ST MTG ARREARS
----------------------------------------------------------------


ACS                         CLAIM AMT:          .00    NOT FILED
% BAER TIMBERLAKE COULSON   SCH'D AMT:       632.40    MO PYMT: $            .01
5901 N WESTERN              INT RATE :         .00 %   ACCT:
OKLAHOMA CITY, OK 73134                                COMM:1ST POST PET PM
----------------------------------------------------------------

                                                       OUTSIDE PLAN
AMERICAS SERVICING          CLAIM AMT:   141,094.06    MORTGAGE REGULAR PAYMENT
ONE HOME CAMPUS             SCH'D AMT:   180,064.00    MO PYMT: $            .00
MAC X2302-04C               INT RATE :         .00 %   ACCT:4169
DES MOINES, IOWA 50328                                 COMM:1ST MTG/11737 B
----------------------------------------------------------------


AMERICAS SERVICING          CLAIM AMT:          .00    NOT FILED
ONE HOME CAMPUS             SCH'D AMT:          .00    MO PYMT: $            .00
MAC X2302-04C               INT RATE :         .00 %   ACCT:
DES MOINES, IOWA 50328                                 COMM:
----------------------------------------------------------------
```

```
----------------------------------------------------------------------
NAME/ADDRESS FOR CREDITOR                         CLASSIFICATION
----------------------------------------------------------------------

BRICE VANDER LINDEN & WER  CLAIM AMT:        .00   NOT FILED
PO BOX 829009              SCH'D AMT:        .00   MO PYMT: $       .00
DALLAS, TX                 INT RATE :        .00 % ACCT:NOTICE ONLY/ATT
 75382-9009                                        COMM:AMERICAS SERVIC
----------------------------------------------------------------------


CITIFINANCIAL              CLAIM AMT:        .00   NOT FILED
2524 W MEMORIAL RD         SCH'D AMT:   6,037.00   MO PYMT: $    111.04
OKLAHOMA CITY, OK          INT RATE :      12.00 % ACCT:387571
 73134                                             COMM:90 CADILLAC ELD
----------------------------------------------------------------------


ECAST SETTLEMENT CORPORAT  CLAIM AMT:     437.48   UNSECURED CREDITOR
PO BOX 35480               SCH'D AMT:      90.00   MO PYMT: $       .00
NEWARK, NJ                 INT RATE :        .00 % ACCT:3982
 07193-5480                                        COMM:HSBC
----------------------------------------------------------------------


ECAST SETTLEMENT CORPORAT  CLAIM AMT:        .00   NOT FILED
PO BOX 35480               SCH'D AMT:        .00   MO PYMT: $       .00
NEWARK, NJ                 INT RATE :        .00 % ACCT:
 07193-5480                                        COMM:
----------------------------------------------------------------------


INTERNAL REVENUE SERVICE   CLAIM AMT:        .00   NOT FILED
PO BOX 21126               SCH'D AMT:        .00   MO PYMT: $       .00
PHILADELPHIA, PA           INT RATE :        .00 % ACCT:1268
 19114                                             COMM:
----------------------------------------------------------------------


INTERNAL REVENUE SERVICE   CLAIM AMT:     648.18   PRIORITY CREDITOR
DPN-781                    SCH'D AMT:        .00   MO PYMT: $       .00
PO BOX 21125               INT RATE :        .00 % ACCT:1268
PHILADELPHIA, PA 19114                             COMM:05 TAX/INT
----------------------------------------------------------------------


INTERNAL REVENUE SERVICE   CLAIM AMT:        .00   NOT FILED
PO BOX 21126               SCH'D AMT:        .00   MO PYMT: $       .00
PHILADELPHIA, PA           INT RATE :        .00 % ACCT:NOTICE ONLY
 19114                                             COMM:
----------------------------------------------------------------------
```

```
          PAGE 3   - CHAPTER 13 CASE NO. 07-14115 NLJ

----------------------------------------------------------------------
NAME/ADDRESS FOR CREDITOR                      CLASSIFICATION
----------------------------------------------------------------------

OKLAHOMA TAX COMMISSION    CLAIM AMT:        .00    NOT FILED
BANKRUPTCY SECTION         SCH'D AMT:        .00    MO PYMT: $         .00
PO BOX 269060              INT RATE :        .00 %  ACCT:1268
OKLAHOMA CITY, OK 73126-9060                        COMM:AMEND TO $0
----------------------------------------------------------------------

OKLAHOMA TAX COMMISSION    CLAIM AMT:      50.00    PRIORITY CREDITOR
BANKRUPTCY SECTION         SCH'D AMT:        .00    MO PYMT: $         .00
PO BOX 269060              INT RATE :        .00 %  ACCT:1268
OKLAHOMA CITY, OK 73126-9060                        COMM:07 WHLD TAX
----------------------------------------------------------------------
```

   Pursuant to 11 U.S.C. Section 502, the claims which have been filed as stated above are deemed allowed for purposes of distribution and will be paid in accordance with the Order Confirming Chapter 13 Plan and any other relevant Court Orders.  Such distributions will be made by the Trustee from available funds unless and until the debtor or other interested party files with the Court an Objection to Claim and Notice of Opportunity for Hearing, and serves it upon the Chapter 13 Trustee and the creditor whose claim is being objected to.

/s/ John T. Hardeman
_____
CHAPTER 13 TRUSTEE
P.O. BOX 1948
OKLAHOMA CITY, OK 73101

PAGE 4  - CHAPTER 13 CASE NO. 07-14115 NLJ

    I herein certify that a copy of this notice was served upon the debtor(s) and the debtor(s)' attorney of record on this date by regular U.S. mail postage prepaid, at their addresses as appear below.

ALFONZO MCMILLIAN  
11737 BLUE MOON AVE  
OKLAHOMA CITY, OK  
73162

BOWLER & ASSOCIATES  
1800 SOUTH MIDWEST BLVD  
MIDWEST CITY, OK  
73110

DATED: 05/19/2008

/s/ John T. Hardeman  
_____  
CHAPTER 13 TRUSTEE

#608/SM