IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

FILED

2009 MAR 24 A 10: 10

IN RE:

ALFONZO MCMILLIAN

    Debtor(s).

CHAPTER 13

CASE NO. 07-14115 NLJ

---

### ORDER ON OBJECTION TO CLAIM

UPON CONSIDERING THE OBJECTION TO A CLAIM FILED BY THE CHAPTER 13 TRUSTEE IN THE ABOVE-CAPTIONED BANKRUPTCY PROCEEDING (THE "TRUSTEE"), THE COURT SETS FORTH THE FOLLOWING:

1. THE CLAIM OF AMERICAS SERVICING (THE "CREDITOR") IN THE AMOUNT OF  10,849.00  WAS FILED ON 12/18/2008.

2. THE TRUSTEE FILED AN OBJECTION TO THE CREDITOR'S CLAIM ON 03/04/2009.

3. NO RESPONSE WAS TIMELY FILED AND SERVED WITHIN THE TIME ALLOWED BY LOCAL RULE 9013(E).

4. IT IS THEREFORE ORDERED THAT THE CREDITOR'S CLAIM BALANCE BE DISALLOWED IN ITS ENTIRETY.

DATED: MAR 2 4 2009

JUDGE NILES JACKSON
U.S. BANKRUPTCY JUDGE

APPROVED BY:

CHAPTER 13 TRUSTEE
P.O. BOX 1948
OKLAHOMA CITY, OK 73101
(405)236-4843

#803/HN