IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA FILED

2009 MAR 24 A 10:09

IN RE:                                                    CHAPTER 13

ALFONZO MCMILLIAN                                         CASE NO. 07-14115 NLJ

       Debtor(s).

---

ORDER ON OBJECTION TO CLAIM

---

UPON CONSIDERING THE OBJECTION TO A CLAIM FILED BY THE CHAPTER 13 TRUSTEE IN THE ABOVE-CAPTIONED BANKRUPTCY PROCEEDING (THE "TRUSTEE"), THE COURT SETS FORTH THE FOLLOWING:

1. THE CLAIM OF AMERICAS SERVICING (THE "CREDITOR") IN THE AMOUNT OF 64,000.00 WAS FILED ON 12/18/2008.

2. THE TRUSTEE FILED AN OBJECTION TO THE CREDITOR'S CLAIM ON 03/04/2009.

3. NO RESPONSE WAS TIMELY FILED AND SERVED WITHIN THE TIME ALLOWED BY LOCAL RULE 9013(E).

4. IT IS THEREFORE ORDERED THAT THE CREDITOR'S CLAIM BALANCE BE DISALLOWED IN ITS ENTIRETY.

DATED:    MAR 24 2009

                                                JUDGE NILES JACKSON
                                                U.S. BANKRUPTCY JUDGE

APPROVED BY:

CHAPTER 13 TRUSTEE
P.O. BOX 1948
OKLAHOMA CITY, OK 73101
(405)236-4843

#803/HN