IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| ALFONZO MCMILLIAN | CASE NO. 07-14115 NLJ |
| Debtor(s). | |

WITHDRAWAL OF DOCUMENT

COMES NOW John Hardeman, Chapter 13 Trustee ("Trustee"), and withdraws the document filed and identified as Document #0029 on the official docket of the Court.  The document being withdrawn is the CHAPTER 13 TRUSTEE'S FINAL REPORT  .

Respectfully Submitted,

/s/John Hardeman
_____
Chapter 13 Trustee
P.O. Box 1948
Oklahoma City, OK 73101-1948
(405)236-4843

#915/LB