IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE:<br><br>**ALFONZO MCMILLIAN,**<br><br>DEBTOR(S). | **Case No.: 07-14115-NLJ**<br>**Chapter 13** |

### OBJECTION TO MOTION TO DEEM REAL ESTATE MORTGAGE PAID IF FULL OR IN THE ALTERNATIVE DEEMED CURRENT

COMES NOW, Deutsche Bank National Trust Company, as Trustee, a secured creditor, and real party-in-interest in the above-styled and numbered case, by and through their attorney Michael W. McCoy of Baer, Timberlake, Coulson & Cates, P.C. and hereby enters their objection to Debtor's Motion. Debtor is not current on his home mortgage payment, and should not be so considered.

Wherefore, premises considered, Deutsche Bank National Trust Company, as Trustee, prays that this Court deny entry of an Order in the above matter, and set it for hearing.

Respectfully submitted,
**BAER, TIMBERLAKE, COULSON & CATES, P.C.**

s/ Michael W. McCoy
Michael W. McCoy, O.B.A. # 16690
6846 South Canton Ave., Ste. 100
Tulsa, OK  74136
Ph. (918) 491-3100
Fax (918) 491-5424
*Attorney for Creditor*

### CERTIFICATE OF SERVICE

The following persons should have received notice of the above and foregoing instrument on the same day it was filed by the Court's CM/ECF Electronic Noticing System.

Dekovan L. Bowler, Debtor's Attorney

John T. Hardeman, Trustee

s/ Michael W. McCoy
Michael W. McCoy, O.B.A. # 16690