### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Alfonzo McMillian ) | Case No. 07-14115-NLJ |
| ) | Chapter 13 |
| Debtor. ) | |

### APPLICATION FOR ORDER TO SHOW CAUSE

Comes now the Chapter 13 Trustee, John Hardeman, and requests an ex parte order to show cause as to the reason an agreed order on the Motion to Deem Mortgage Current has not been submitted to the Court. In support of his Application, the Trustee would show the Court the following:

1. On August 24, 2010, a hearing was held on Debtor's Motion to Deem Mortgage Current filed on July 30, 2009. At the hearing, the Court was advised that an agreed order would be submitted.

2. On November 10, 2010, a letter was sent to both the attorney for the debtor and the attorney for the creditor, requesting the submission of the subject agreed order.

3. To date, the Trustee has not received a proposed or entered agreed order.

4. The Chapter 13 Trustee requests this Court order Dekovan Bowler, attorney for the debtor, and Robert Getchell, attorney for the creditor, to appear and give cause for their failure to submit the above-mentioned agreed order to the Court.

WHEREFORE, the Chapter 13 Trustee requests this Court enter an order to show cause and to set a date for hearing on the matter.

Respectfully Submitted,

/s/ Linda Ruschenberg
Linda Ruschenberg, OBA # 12842
Attorney for Chapter 13 Trustee
P.O. Box 1948
Oklahoma City. OK 73101-1948
(405) 236-4843

**CERTIFICATE OF MAILING**

  This is to certify that on 24th day of January, 2011, a true and correct copy of the foregoing document was mailed by first-class mail, postage prepaid, to all parties on the attached address list.

              /s/ Linda Ruschenberg

                              LR/sm